UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RICHARD O'NEAL WHITTED,

                Plaintiff,              **ORDER**

      -against-               24 Civ. 1659 (KMK) (AEK)

P.O. E. MARSH, *72 Badge Number, et al.,*

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

At a telephonic status conference before Magistrate Judge Krause conducted on October 29, 2024, the Court ordered as follows:

(1)    Defendants are to serve their Rule 26(a) disclosures, as well as their document requests and interrogatories, by **November 6, 2024**.

(2)    Plaintiff is to file a letter by **November 12, 2024**, informing the Court whether or not he would like to amend his complaint to add Bradley Sukeema as a defendant; if he would like to add Officer Sukeema as a defendant, then he must file his second amended complaint by **November 22, 2024**. Defendants' counsel must inform the Court by **November 22, 2024** whether counsel will accept service of the second amended complaint on Officer Sukeema's behalf. If not, then the Court will issue an order of service so that service can be effected by the United States Marshals Service.

(3)    If, after receiving Defendants' Rule 26(a) disclosures, Plaintiff would still like to serve document requests and/or interrogatories on Defendants, he must do so by **November 19, 2024**.

(4)  The deadline for the completion of fact depositions is extended to **January 23, 2025**.

\* \* \* \* \* \* \* \* \* \*

As discussed during the conference, there is a *Pro Se* Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a *pro se* party with advice in connection with their case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center—it is not part of, or run by, the Court. Among other things, this means that the Clinic cannot accept filings on behalf of the Court—Plaintiff must still submit any court filing through the *Pro Se* Intake Unit. The Clinic can be contacted by telephone at 212-382-4794, or by mail at City Bar Justice Center, *Pro Se* Legal Assistance Project, 40 Foley Square, LL22, New York, NY 10007.

\* \* \* \* \* \* \* \* \* \*

This matter is adjourned to **December 23, 2024 at 10:00 a.m.** for a telephonic status conference. To access the teleconference, please follow these directions: (1) dial the meeting number: 914-292-4033; (2) enter the conference ID number: 627 739 982; and (3) press pound (#) to enter the teleconference as a guest. Should any party experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

**Counsel for Defendants must make arrangements with the appropriate correctional facility to have *pro se* Plaintiff available via telephone.**

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: October 29, 2024
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

3