UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

RICHARD O'NEAL WHITTED,

                Plaintiff,               **ORDER**

     -against-                  24 Civ. 1659 (KMK) (AEK)

P.O. E. MARSH, *72 Badge Number, et al.,*

                Defendants.

--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    This order memorializes the dates and deadlines discussed at the January 17, 2025 status conference before Judge Krause.

    1.    By **Friday, January 31, 2025**, Plaintiff must mail his second amended complaint to the Clerk of Court at the below address:

> Clerk of Court
> The Hon. Charles L. Brieant Jr.
> Federal Building and Courthouse
> 300 Quarropas Street
> White Plains, NY 10601-4150

    2.    By **Friday, January 31, 2025**, Plaintiff must mail to counsel for Defendants: (1) his initial disclosures pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure; (2) his responses to Defendants' first set of document demands; and (3) his responses to Defendants' first set of interrogatories.

    3.    The deadline to complete all fact discovery, including fact depositions, is hereby extended to March 7, 2025.

    4.    The next conference with Judge Krause will take place via telephone on **Friday, March 14, 2025, at 10:00 a.m.**

To access the teleconference, please follow these directions: (1) dial the meeting number: 1-646-453-4442; (2) enter the conference ID: 690 891 657; and (3) press pound (#) to enter the teleconference as a guest.  Should any party experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

**Counsel for Defendants must make arrangements with the appropriate correctional facility to have *pro se* Plaintiff available via telephone.**

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: January 17, 2025
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge