UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| RICHARD O'NEIL WHITTED, | **ANSWER TO SECOND AMENDED COMPLAINT** |
| Plaintiff, | |
| -against- | 7:24-cv-1659 (KMK) |
| POLICE OFFICER E. MARSH #72 (BADGE NUMBER); POLICE OFFICER STECHER #15 (BADGE NUMBER); POLICE OFFICER M. RAGNI #99 (BADGE NUMBER), and POLICE OFFICER B. SUKEEMA, | |
| Defendants. | |

------------------------------------------------------------------------x

The defendants, by their attorneys, Sokoloff Stern LLP as and for their answer to the plaintiff's second amended complaint, respectfully show to the court and allege as follows:

With respect to the Statement of Claim "Facts" in plaintiff's second amended complaint, defendants admit plaintiff was arrested on November 30, 2023 at 221 Smith Street, Poughkeepsie, New York. They deny all allegations of excessive force and/or other wrongdoing.

1. With respect to plaintiff's claims of injuries, defendants deny knowledge and information sufficient to form a belief as to the truth of these allegations.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

2. Defendants acted in good faith and are entitled to qualified immunity.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

3. All force used, if any, was reasonable and necessary.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

4. The Complaint fails to state a claim upon which relief may be granted.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

5. Plaintiff has failed to mitigate his damages.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

6. Plaintiff's claims are barred by absolute immunity for discretionary conduct.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

7. Plaintiff did not suffer a deprivation of constitutional rights because of a policy, practice, custom, or procedure of the City of Poughkeepsie.

### AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

8. Plaintiff did not suffer a Fourth Amendment seizure.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

9. The individual defendants are entitled to qualified immunity.

### AS AND FOR A NINTH AFFIRMATIAVE DEFENSE

10. Plaintiff cannot establish that defendants owed him a special duty.

### AS AND FOR AN TENTH AFFIRMATIVE DEFENSE

11. Plaintiff has unclean hands.

### AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

12. If Plaintiff has been injured and damaged as alleged in the Complaint, such injury and damage were caused and contributed to by Plaintiff's own conduct, negligence, carelessness, or want of care; and, if it be determined that Plaintiff is entitled to recovery herein as against answering defendants, such recovery should be apportioned between Plaintiff and answering defendant according to their relative responsibility therefor.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

13. Upon information and belief, all hazards and risks incident to the circumstances set forth in plaintiff's Complaint were obvious and apparent and were readily assumed by Plaintiff.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

14. If the injuries and damages were sustained by Plaintiff at the time, place and in the manner alleged in the Complaint, then such injuries and damages are attributable, in whole and part, to the culpable conduct and/or assumption of risk by Plaintiff.

WHEREFORE, the defendants demand judgment dismissing the second amended complaint of the plaintiff herein, plus the costs and disbursements of this action and for such other and further relief as this court deems just and proper.

Dated: Poughkeepsie, New York
February 13, 2025

Yours, etc.,

SOKOLOFF STERN LLP

By: *Kimberly Hunt Lee*
Kimberly Hunt Lee
*Attorneys for Defendants*
63 Washington Street
Poughkeepsie, NY 12601
(845) 262-6333

TO: RICHARD O'NEIL WHITTED, *Pro Se*
Greene County Correctional Facility
165 Plank Road
PO Box 8
Coxsackie, NY 12051