

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

KIMBERLY HUNT LEE
KLEE@SOKOLOFFSTERN.COM

April 29, 2025

*VIA ECF*
Magistrate Judge Andrew E. Krause
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant, Jr.
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

> APPLICATION GRANTED. The Court will provide Defendants' counsel with suggested new dates so that counsel can contact the facility to confirm a new date for the conference.
> The Clerk of Court is respectfully directed to mail a copy of this memo endorsed letter to the pro se Plaintiff.
> Dated: April 29, 2025
>
> SO ORDERED.
>
> ANDREW E. KRAUSE
> United States Magistrate Judge

RE:   Whitted v. City of Poughkeepsie
      7:24-cv-1659 (KMK)(AEK)
      Our File No. 240185PK

Dear Magistrate Judge Krause:

We reached out to Greene County Correctional Facility to advise them of the conference scheduled for Friday, May 2, 2025, at 9:15 a.m. and were advised that due to scheduling conflicts, the plaintiff is unable to appear.

The jail has indicated we need to request dates and times by email, and it takes a few days for them to respond. We have not received further dates from the jail as of this filing, but were previously advised they can schedule calls from 8:30 am – 10:00 am and from 12:30 pm – 2:00 pm.

Please advise if the conference will be adjourned.

Respectfully yours,

SOKOLOFF STERN LLP

KIMBERLY HUNT LEE

KHL/dmf

Cc:   Richard O'Neil Whitted